

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00150-CR

## EX PARTE JAY YOON CHUNG

**From the County Court at Law
Navarro County, Texas
Trial Court No. C34587-CR**

## ORDER

Our opinion and judgment dismissing this appeal was issued on May 8, 2019. Appellant has timely filed a motion for extension of time to file a motion for rehearing in which he requests an extension of 30 days to file his motion for rehearing.

Appellant's motion is granted. Appellant's motion for rehearing is due June 24, 2019.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Motion granted
Order issued and filed May 29, 2019

